IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02661-ZLW-CBS

DAVID A. OPPERMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

ORDER

    It is ORDERED that Plaintiff's Motion To Discharge Notice Of Dismissal For Failure To Prosecute (Doc. No. 4), which was filed in state court on October 12, 2010, hereby is denied as moot.

    DATED at Denver, Colorado this 3rd day of November, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court