IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02661-ZLW-CBS

DAVID A. OPPERMAN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For Leave To File Amended Complaint (Doc. No. 12). The Court has reviewed carefully the moving and responding papers and the applicable legal authority. Fed. R. Civ. P. 15(a)(2) provides that leave to amend pleadings should be freely granted when justice so requires. Defendant has failed to show undue delay, undue prejudice to Defendant, bad faith or dilatory motive, or futility of amendment.[1]  Accordingly, it is

    ORDERED that Plaintiff's Motion For Leave To File Amended Complaint (Doc. No. 12) is granted.  It is

---

[1] See Duncan v. Manager, Dept. of Safety, City and County of Denver, 397 F.3d 1300, 1315 (10th Cir. 2005).

FURTHER ORDERED that Plaintiff's Amended Complaint And Jury Demand shall be filed on or before February 28, 2011.

DATED at Denver, Colorado this 23rd day of February, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court