**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-02661-REB-CBS

DAVID A. OPPERMAN,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Foreign corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#24] filed April 5, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#24] filed April 5, 2011, is **APPROVED**;

2.  That any pending motion is **DENIED** as moot; and

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 5, 2011, at Denver, Colorado.

                                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge